JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Anthony Harris

    Plaintiffs,

vs.

G6 Hospitality, LLC; The Blackstone Group, L.P.

    ~~Defendants.~~

CASE NO. : 2:18-cv-09615 CJC-JC

[~~PROPOSED~~] ORDER RE STIPULATION TO REMAND AND CAP DAMAGES

[Stipulation Filed Concurrently]

GOOD CAUSE APPEARING THEREFORE, the Court orders as follows:

1. This Matter shall be immediately remanded to the San Luis Obispo Superior Court, Case No. 18CV-0597, where the parties to the Stipulation have agreed that Plaintiff ANTHONY HARRIS will not recover more than $74,999.00.

2. All pending deadlines and hearings in this Court are vacated.

IT IS SO ORDERED.

DATED: February 26, 2019

_____
JUDGE OF THE DISTRICT COURT

Order RE Stipulation to Remand and Cap Damages
- 1 -